# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SIGNAL IP, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC. et al.<br><br>Defendants.<br><br>AND RELATED CASES | Case No. 2:14-cv-03111-JAK (JEMx)<br><br>(Related to 2:14-cv-02454-JAK (JEMx))<br><br>**PARTIAL JUDGMENT OF INVALIDITY**<br><br>The Hon. John A. Kronstadt<br><br>Trial Date:          TBD |

Before the Court is the Joint Stipulation For Entry of Partial Final Judgment of Invalidity filed by Plaintiff Signal IP, Inc., ("Plaintiff" or "Signal") and defendants American Honda Motor Co., Inc. and Honda of America Mfg., Inc. (collectively "Honda"), Nissan North America, Inc. ("Nissan"), Mitsubishi Motors North America, Inc. ("Mitsubishi"), Mazda Motor of America, Inc. ("Mazda"), Subaru of America, Inc. ("Subaru"), Kia Motors America, Inc. ("KMA"), BMW of North America, LLC ("BMWNA"), Mercedes-Benz USA, LLC ("Mercedes"), and Volkswagen Group of America, Inc. and Bentley Motors, Inc. (together, "Volkswagen/Bentley") (collectively, "Defendants") in the above cases. Based on

the stipulation of the parties, and good cause appearing, the parties' joint stipulation is APPROVED and SO ORDERED.  Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

    1.    Claims 8, 9, 10, 11, 13, 15, and 17 of U.S. Patent No. 6,775,601 ("the '601 patent") are invalid as indefinite under 35 U.S.C. § 112, paragraph 2.

    2.    Claims 1 and 7 of U.S. Patent No. 5,732,375 ("the '375 patent") are invalid as indefinite under 35 U.S.C. § 112, paragraph 2.

    3.    Claims 1, 8, 9, 17, 18, 19, and 20 of U.S. Patent No. 6,012,007 ("the '007 patent") are invalid as indefinite under 35 U.S.C. § 112, paragraph 2.

    4.    A partial judgment is entered with respect to the aforementioned patent claims.

    5.    Upon the conclusion of the case as to all matters, counsel are directed to lodge a proposed final judgment that includes the terms of this partial judgment.

IT IS SO ORDERED.

May 22, 2015

_____
The Honorable John A. Kronstadt
United States District Judge